FILE COPY

RE: Case No. 13-0309                    DATE: 2/27/2015
    COA #: 13-11-00195-CV    TC#: 2010-65662
STYLE: CELESTE GRYNBERG AND JACK J. GRYNBERG D/B/A
GRYNBERG PETROLEUM
    v. M-I L.L.C.

    Today the Supreme Court of Texas denied the
motions for rehearing of the above-referenced petition
for review.

                    MS. DORIAN E. RAMIREZ
                    CLERK, THIRTEENTH COURT OF
                    APPEALS
                    901 LEOPARD STREET, 10TH FLOOR
                    CORPUS CHRISTI, TX  78401